AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ADILA B.,

|  |  |  |
|---|---|---|
| | ) | **Feb 25, 2022** |
| *Plaintiff* | ) | SEAN F. McAVOY, CLERK |
| v. | ) | |
| KILOLO KIJAKAZI, Acting | ) | Civil Action No.  4:20-cv-5171-EFS |
| Commissioner of Social Security, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Plaintiff's Motion for Summary Judgment (ECF No. 17) is GRANTED.
Commissioner's Motion for Summary Judgment (ECF No. 18) is DENIED.
Matter is REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C.
405(g) for further proceedings. Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    EDWARD F. SHEA _____ on motions for

   summary judgment (ECF Nos. 17 and 18).

Date:  02/25/2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____